# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>ATP OIL & GAS CORPORATION<br><br>Debtor | § § § § § § | CASE NO. 12-36187<br>(CHAPTER 7)<br><br>JUDGE MARVIN ISGUR |

| | | |
|---|---|---|
| RODNEY TOW, TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>T. PAUL BULMAHN, LELAND TATE, ALBERT L. REESE, JR., GEORGE R. MORRIS, KEITH R. GODWIN, PAULINE VAN DER SMAN-ARCHER, ISABEL PLUME, ROBERT M. SHIVERS, III, G. ROSS FRAZER, JOHN TSCHIRHART, BURT A. ADAMS, ARTHUR H. DILLY, BRENT M. LONGNECKER, ROBERT J. KAROW, GERARD J. SWONKE, CHRIS A. BRISACK, GEORGE R. EDWARDS, AND WALTER WENDLANDT | § § § § § § § § § § § § § § § § § § § | ADVERSARY NO. 14-03275 |

## ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS MOTION FOR WITHDRAWAL OF THE REFERENCE

The Court has considered the Motion for Withdrawal of the Reference (the "Motion") filed by Defendants. After considering the Motion and the arguments of counsel, and the report and recommendation of the United States Bankruptcy Court for the Southern District of Texas, the Court finds that relief requested in the Motion should be granted. It is therefore ORDERED that:

1. The Motion is granted in its entirety;

2. The reference to the Bankruptcy Court of the Adversary Proceeding No. 14-03275 is withdrawn; and

3. The Bankruptcy Clerk's Office shall deliver all documents relating to the Adversary Proceeding 14-03275 to the District Court for further consideration.

Dated: 6/29/15

_____
UNITED STATES DISTRICT JUDGE