## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **RODNEY TOW, TRUSTEE** | § | |
| | § | |
| **V.** | § | |
| | § | **C.A. No. 4:15-cv-01626** |
| **T. PAUL BULMAHN, LELAND TATE,** | § | |
| **ALBERT L. REESE, JR., GEORGE R.** | § | |
| **MORRIS, KEITH R. GODWIN, PAULINE** | § | |
| **VAN DER SMAN-ARCHER, ISABEL** | § | |
| **PLUME, ROBERT M. SHIVERS III, G.** | § | |
| **ROSS FRAZER, JOHN TSCHIRHART,** | § | **JURY DEMANDED** |
| **BURT A. ADAMS, ARTHUR H. DILLY,** | § | |
| **BRENT M. LONGNECKER, ROBERT J.** | § | |
| **KAROW, GERARD J. SWONKE, CHRIS** | § | |
| **A. BRISACK, GEORGE R. EDWARDS,** | § | |
| **AND WALTER WENDLANDT** | § | |

## STIPULATION

Rodney Tow, Chapter 7 Trustee for the Bankruptcy Estate of ATP Oil & Gas Corporation, will file an Amended Complaint within 21 days of the filing of this Stipulation. Defendants T. Paul Bulmahn, Leland Tate, Albert L. Reese, Jr., George R. Morris, Keith R. Godwin, Isabel Plume, Robert M. Shivers III, G. Ross Frazer, John Tschirhart, Burt A. Adams, Arthur H. Dilly, Brent M. Longnecker, Robert J. Karow, Gerard J. Swonke, Chris A. Brisack, George R. Edwards, and Walter Wendlandt stipulate that the Amended Complaint shall not serve as the amendment "as a matter of course" under Rule 15(a)(1) of the Federal Rules of Civil Procedure.

After the Amended Complaint is filed, the above Defendants shall have 30 days to answer or otherwise respond. Plaintiff shall then have the right to amend his pleading once more as a matter of course within 21 days after service of a motion under Rule 12(b), (e), or (f).

AGREED on this 7th day of July, 2015.


By: /s/ *T. Micah Dortch*
T. Micah Dortch
Texas Bar No. 24044981
S.D. Tex. Bar No. 630903
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Facsimile: (214) 712-9540
Micah.Dortch@cooperscully.com

Christopher D. Lindstrom
Texas Bar No. 24032671
S.D. Tex. Bar No. 33525
COOPER & SCULLY, P.C.
815 Walker, Suite 1040
Houston, Texas 77002
Telephone: (713) 236-6800
Facsimile: (713) 236-6880
Chris.Lindstrom@cooperscully.com
**Counsel for Plaintiff**
**Rodney Tow, Trustee**

By: /s/ *Omer F. Kuebel*
Omer F. Kuebel, III (LA #21682, S.D. Tex. #32595), ***attorney-in-charge***
C. Davin Boldissar (LA #29094, S.D. Tex. #1118823)
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5155
Facsimile: (504) 558-5200
rkuebel@lockelord.com
dboldissar@lockelord.com

and

Alicia Castro (Tex. #24069705, S.D. Tex. #2192250)
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
acastro@lockelord.com

and

Brent Benoit (Tex. #00496198, S.D. Tex. #20971)
4203 Carlisle Ct.
Baytown, TX 77521
Telephone: 713-416-0079

**Counsel for Defendants Chris A. Brisack,**
**Arthur H. Dilly, Gerard J. Swonke, Brent**
**M. Longnecker, Walter W. Wendlandt,**
**Burt A. Adams, George R. Edwards and**
**Robert J. Karow**

By: /s/ Mark Manela

Mark D. Manela
Texas Bar No. 12894500
S.D. Tex. Bar No. 1821
Manela Law Firm
440 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 240-4843
Facsimile: (713) 228-6138
**Counsel for Defendant**
**Robert M. Shivers III**

By  /s/ Paul R. Bessette

Paul R. Bessette, ***attorney-in-charge***
Texas Bar No. 02263050
S.D. Tex. Bar No.  22453
Michael J. Biles
Texas Bar No. 24008578
S.D. Tex. Bar No. 23146
James P. Sullivan
Texas Bar No. 24070702
S.D. Tex. Bar No. 1196607
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, Texas  78701
Tel.: (512) 457-2050
Fax: (512) 457-2100
**Counsel for Defendants T. Paul**
**Bulmahn, Leland E. Tate, Albert L.**
**Reese, Jr., George R. Morris, Keith R.**
**Godwin, Isabel Plume, G. Ross Frazer,**
**and John Tschirhart**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on counsel for all parties in accordance with the Federal Rules of Civil Procedure on this 7th day of July, 2015.

/s/ T. Micah Dortch
**TIMOTHY MICAH DORTCH**