UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL AND GAS CORPORATION | § | |
|     *Debtor*, | § | |
| | § | |
| RODNEY TOW, Trustee, | § | CIVIL ACTION H-15-1626 |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| T. PAUL BULMANH, *et al.,* | § | |
|     *Defendants*. | § | |

## ORDER

Plaintiff's joint stipulation (Dkt. 4) is GRANTED. It is therefore ORDERED that Rodney Tow, Chapter 7 Trustee for the Bankruptcy Estate of ATP Oil & Gas Corporation, will file an amended complaint within 21 days of the filing of the Stipulation.

It is further ORDERED that after the amended complaint is filed, defendants shall have 30 days to answer or otherwise respond. Plaintiff shall then have the right to amend his pleading once more as a matter of course within 21 days after service of a motion under Rule 12(b), (e), or (f).

Signed at Houston, Texas on July 9, 2015.

_____
Gray H. Miller
United States District Judge