# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

RODNEY TOW, TRUSTEE,

      PLAINTIFF,

v.

T. PAUL BULMAHN, LELAND TATE,
ALBERT L. REESE, JR., GEORGE R.
MORRIS, KEITH R. GODWIN, PAULINE
VAN DER SMAN-ARCHER, ISABEL
PLUME, ROBERT M. SHIVERS III, G.
ROSS FRAZER, JOHN TSCHIRHART,
BURT A. ADAMS, ARTHUR H. DILLY,
BRENT M. LONGNECKER, ROBERT J.
KAROW, GERARD J. SWONKE, CHRIS A.
BRISACK, GEORGE R. EDWARDS, AND
WALTER WENDLANDT,

      DEFENDANTS.

§ § § § § § § § § § § § § § § § § § § §

CIVIL ACTION NO. 4:15-CV-01626

## ORDER

Considering the foregoing Joint Motion to Transfer Venue to the Eastern

District of Louisiana filed by Defendants,

IT IS HEREBY ORDERED THAT the motion is GRANTED and that the case

is transferred to Chief Judge Vance of the Eastern District of Louisiana.

New Orleans, Louisiana, this 28 day of July , 2015.

_____
UNITED STATES DISTRICT JUDGE