# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:15−cv−01626

Tow v. Bulmahn et al **Do Not Docket. Case electronically transferred to Eastern District of Louisiana.**
Assigned to: Judge Gray H. Miller
Related Cases:  4:13−cv−01188
4:13−cv−01189
4:13−cv−01616
4:13−cv−01924
4:13−cv−02043
4:13−cv−02377
4:13−cv−02381
4:13−cv−02799
4:13−cv−03218
4:14−cv−00319
4:15−cv−00940
4:15−cv−00941
4:15−cv−02065

Date Filed: 06/09/2015
Date Terminated: 07/28/2015
Jury Demand: Both
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

Case in other court:  SDTX−Adversary, 14−03275
Cause: 28:0157 Motion for Withdrawal of Reference

**In Re**

**ATP Oil &Gas Corporation**
4600 Post Oak Place Dr #200
Houston, TX 77027
*Debtor*

represented by **Bonnie N Hackler**
Hall Estill et al
320 S Boston Ave
Ste 200
Tulsa, OK 74103−3706
918−594−0627
Email: bhackler@hallestill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Stephen Kelley**
Mayer Brown LLP
700 Louisiana St
Ste 3400
Houston, TX 77002
713−238−2634
Fax: 713−238−4634
Email: ckelley@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kay A Theunissen**
Mahtook LaFleur, LLC
600 Jefferson Street

Suite 1000
Lafayette, LA 70501
337–266–2189
Fax: 337–266–2303
Email: ktheunissen@mandllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Aaron Million**
Munsch Hardt et al
700 Milam
27th Floor
Houston, TX 77002–2845
713–222–4010
Email: tmillion@munsch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Tow** represented by **Christopher David Lindstrom**
Cooper Scully PC
815 Walker Street
Suite 1040
Houston, TX 77002
713–236–6805
Email: chris.lindstrom@cooperscully.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Brent Cooper**
Cooper Scully PC
900 Jackson
Ste 100
Dallas, TX 75202
214–712–9500
Email: brent.cooper@cooperscully.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Micah Dortch**
Cooper &Scully PC
900 Jackson St
Ste 100
Dallas, TX 75202
214–712–9530
Fax: 214–712–9540
Email: micah.dortch@cooperscully.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| T Paul Bulmahn | represented by | **Paul R Bessette**<br>King &Spalding LLP<br>401 Congress Avenue<br>Suite 3200<br>Austin, TX 78701<br>512.457.2050<br>Fax: 512.457.2100<br>Email: pbessette@kslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Leland Tate | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Albert L Reese, Jr. | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| George R Morris | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| Pauline Van Der Sman−Archer | represented by | **Pauline Van Der Sman−Archer**<br>13514 Havershire Ln<br>Houston, TX 77079−3406<br>*PRO SE* |

**Defendant**

| | | |
|---|---|---|
| Isabel Plume | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| G Ross Frazer | represented by | **Paul R Bessette**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| John Tschirhart | represented by | **Paul R Bessette**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Burt A Adams** represented by **Corby Davin Boldissar**
Locke Lord Bissell &Liddell LLP
601 Poydras Street
Suite 2660
New Orleans, LA 70130
504−558−5111
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arthur H Dilly** represented by **Corby Davin Boldissar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brent M Longnecker** represented by **Corby Davin Boldissar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gerard J Swonke** represented by **Corby Davin Boldissar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chris A Brisack** represented by **Corby Davin Boldissar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**George R Edwards** represented by **Corby Davin Boldissar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Walter Wendlandt** represented by **Corby Davin Boldissar**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Keith R Godwin** | represented by | **Paul R Bessette** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert M Shivers, III** | represented by | **Mark Daniel Manela** <br> Manela Law Firm <br> 440 Louisiana <br> Suite 2300 <br> Houston, TX 77002 <br> 713−240−4843 <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert J Karow** | represented by | **Corby Davin Boldissar** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2015 | 1 | REPORT AND RECOMMENDATION for Immediate Withdrawal of the Reference Signed 6/9/15 by US Bankruptcy Judge Marvin Isgur(smurdock, 4) (Entered: 06/10/2015) |
| 06/10/2015 | 2 | MOTION to Withdraw Reference as to Adversary Case No. 14−3275 by Burt A Adams, Chris A Brisack, T Paul Bulmahn, Arthur H Dilly, George R Edwards, G Ross Frazer, Keith R Godwin, Robert J Karow, Brent M Longnecker, George R Morris, Isabel Plume, Albert L Reese, Jr., Robert M Shivers, III, Gerard J Swonke, Leland Tate, John Tschirhart, Walter Wendlandt, filed. Motion Docket Date 7/1/2015. (Attachments: # 1 Proposed Order)(Originally filed 10/7/14)(smurdock, 4) (Entered: 06/10/2015) |
| 06/29/2015 | 3 | ORDER granting 2 Motion to Withdraw Reference as to 14−03275.(Signed by Judge Gray H. Miller) Parties notified.(arrivera, 4) (Entered: 06/29/2015) |
| 07/07/2015 | 4 | STIPULATION by Rodney Tow, filed. (Attachments: # 1 Proposed Order)(Dortch, Timothy) (Entered: 07/07/2015) |
| 07/09/2015 | 5 | ORDER GRANTING 4 Stipulation. (Signed by Judge Gray H. Miller) Parties notified.(rkonieczny, 4) (Entered: 07/09/2015) |
| 07/15/2015 | 6 | MOTION to Transfer Case to United States District Court for the Eastern District of Louisiana by Burt A Adams, Chris A Brisack, T Paul Bulmahn, Arthur H Dilly, George R Edwards, G Ross Frazer, Keith R Godwin, Robert J Karow, Brent M Longnecker, George R Morris, Isabel Plume, Albert L Reese, Jr., Robert M Shivers, III, Gerard J Swonke, Leland Tate, John Tschirhart, Walter Wendlandt, filed. Motion Docket Date 8/5/2015. (Attachments: # 1 Proposed Order)(Bessette, Paul) (Entered: 07/15/2015) |
| 07/16/2015 | 7 | EXHIBITS re: 6 MOTION to Transfer Case to United States District Court for the Eastern District of Louisiana by Burt A Adams, Chris A Brisack, T Paul Bulmahn, Arthur H Dilly, George R Edwards, G Ross Frazer, Keith R Godwin, Robert J Karow, Brent M Longnecker, George R Morris, Isabel Plume, Albert L Reese, Jr., Robert M Shivers, III, Gerard J Swonke, Leland Tate, John Tschirhart, Walter Wendlandt, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, |

|            |     |                                                                                                                                                                                                                                                                          |
| ---------- | --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
|            |     | #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7)(Bessette, Paul) (Entered: 07/16/2015)                                                                                                                                                                            |
| 07/27/2015 | 8   | First AMENDED COMPLAINT against All Defendants filed by Rodney Tow.(Dortch, Timothy) (Entered: 07/27/2015)                                                                                                                                                               |
| 07/28/2015 | 9   | ORDER TO TRANSFER CASE to Eastern District of Louisiana; granting 6 MOTION to Transfer Case to United States District Court for the Eastern District of Louisiana (Signed by Judge Gray H. Miller) Parties notified.(arrivera, 4) (Entered: 07/29/2015)                  |
| 07/28/2015 |     | Interdistrict transfer to Eastern District of Louisiana. Case transferred electronically. Case terminated on 7/28/15, filed. (arrivera, 4) (Entered: 07/29/2015)                                                                                                         |