IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY TOW, TRUSTEE** | § | **CIVIL ACTION NO.** |
| | § | |
| V. | § | **15-CV-03141-SSV-SS** |
| | § | |
| T. PAUL BULMAHN, LELAND TATE, | § | **JUDGE SARAH VANCE** |
| ALBERT L. REESE, JR., GEORGE R. | § | |
| MORRIS, KEITH R. GODWIN, PAULINE | § | **MAG. SALLY SHUSHAN** |
| VAN DER SMAN-ARCHER, ISABEL | § | |
| PLUME, ROBERT M. SHIVERS III, G. | § | |
| ROSS FRAZER, JOHN TSCHIRHART, | § | |
| BURT A. ADAMS, ARTHUR H. DILLY, | § | |
| BRENT M. LONGNECKER, ROBERT J. | § | |
| KAROW, GERARD J. SWONKE, CHRIS | § | |
| A. BRISACK, GEORGE R. EDWARDS, | § | |
| AND WALTER WENDLANDT | § | **JURY DEMANDED** |

## ORDER

Considering Plaintiff Rodney Tow, Trustee's Motion for Reconsideration of Transfer of Venue to the Eastern District of Louisiana,

**IT IS HEREBY ORDERED THAT** the motion is GRANTED, and this case is transferred to the Southern District of Texas, Judge Gray Miller presiding.

~~DENIED~~

New Orleans, Louisiana, this \_\_\_4th\_\_\_ day of \_\_\_February\_\_\_ 2015.

_____
*Sarah Vance*
**UNITED STATES DISTRICT JUDGE**