UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY TOW, TRUSTEE | CIVIL ACTION |
| VERSUS | NO. 15- 3141 |
| T. PAUL BULMAHN, ET AL. | SECTION "R" (1) |

## JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that the Trustee's complaint is hereby dismissed with prejudice.

New Orleans, Louisiana, this __4th__ day of January, 2017.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE